**FILED**
Mar 16 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ charlest  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '22 CR578 CAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| JOCELYN MARTINEZ (1), PEDRO DENGA (2), | |
| Defendants. | |

The grand jury charges:

On or about November 30, 2021, within the Southern District of California, defendants JOCELYN MARTINEZ and PEDRO DENGA did knowingly and intentionally import 500 grams and more, to wit: approximately 30.76 kilograms (70.54 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: March 16, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _____ for
RONALD SOU
Assistant U.S. Attorney

RSO:cms:Imperial:3/16/22