UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>PEDRO DENGA,<br><br>                Defendant. | Case No. 22-CR-0578-CAB-2<br><br>**I N F O R M A T I O N**<br>**(Superseding)**<br><br>Title 18, U.S.C.,<br>Secs. 4- Misprision of a<br>Felony (Felony) |

The United States Attorney charges:

Beginning on a date unknown, up to and including November 30, 2021, within the Southern District of California, PEDRO DENGA, having knowledge of the actual commission of a felony cognizable by a court of the United States, namely conspiracy to commit importation of controlled substances, in violation of Title 21, United States Code, Section 952 and 960, did conceal and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; all in violation of Title 18, United States Code, Section 4.

DATED: 3/3/23           .

                                        RANDY S. GROSSMAN<br>                                      United States Attorney

*Ronald Sou*

RONALD SOU<br>Assistant U.S. Attorney

RSO:kst:San Diego<br>Rev. 6/10/21